# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DIAMOND R-IV SCHOOL DISTRICT, ) <br> a Missouri Public School District, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDISON SCHOOLS INC., ) <br> ) <br> Defendant. ) | Case No. 04-5072-CV-SW-DW |

# ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Doc. 26). <u>See</u> Fed. R. Civ. P. 41(a)(1)(ii). The parties move the Court to dismiss Plaintiff's cause of action and Defendant's counterclaims with prejudice, with each party to bear its own costs. Therefore, the Court

ORDERS that this case be DISMISSED WITH PREJUDICE, with each party to bear its own costs.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date:  September 12, 2005